United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISRAEL DISCOUNT BANK OF NEW YORK

    Plaintiff,

    v.

SIMIS, INC., et al.,

    Defendants.
_____/

No. C 10-5047 PJH

**NOTICE OF ERRATA**

The Order Staying Case and Granting Motion to Compel Mediation, filed December 27, 2010, should read at page 2, lines 13-14, as follows: "The court will conduct a case management conference on Thursday, March 10, 2011, at 2:00 p.m."

**IT IS SO ORDERED.**

Dated: December 28, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge