MACDONALD & ASSOCIATES
IAIN A. MACDONALD (State Bar No. 051073)
NING YU (State Bar No. 273176)
221 Sansome Street
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Defendants,
SIMIS, INC., *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL DISCOUNT BANK OF NEW YORK, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIMIS, INC., a California corporation; SIMLV, INC., a Nevada corporation; WORLD OF CHARMS, INC., formerly known as WOC, INC., a Nevada corporation; SIMSF, INC., a California corporation; SIMUS, INC., a California corporation SIMBP, INC., a California corporation; ADI SIMAYOF, an Individual; SARIT SIMAYOF COHEN, an Individual,<br><br>Defendants. | Case No. CV10-5047 PJH<br><br>SUBSTITUTION OF ATTORNEYS |

    Defendants SIMLV, INC., a Nevada corporation; WORLD OF CHARMS, INC., formerly known as WOC, INC., a Nevada corporation; SIMSF, INC., a California corporation; SIMUS, INC., a California corporation; SIMBP, INC., a California corporation; ADI SIMAYOF, an Individual; and SARIT SIMAYOF COHEN, an Individual herein, hereby substitute the Law Offices of Gary R. Bosch for Macdonald & Associates as their attorneys herein.

Dated: May 6, 2011                      SIMLV, INC., a Nevada corporation

                                        By:   /s/ Adi Simayof
                                                  Adi Simayof, President

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 6, 2011 | WORLD OF CHARMS, INC., formerly known as WOC, INC., a Nevada corporation |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ Sarit Simayof Cohen<br>Sarit Simayof Cohen, President |
| 6 | | |
| 7 | Dated: May 6 2011 | SIMSF, INC., a California corporation |
| 8 | | |
| 9 | | By: /s/ Sarit Simayof Cohen<br>Sarit Simayof Cohen, President |
| 10 | | |
| 11 | Dated: May 6, 2011 | SIMUS, INC., a California corporation |
| 12 | | |
| 13 | | By: /s/ Adi Simayof<br>Adi Simayof, President |
| 14 | | |
| 15 | Dated: May 6, 2011 | SIMLV, INC., a Nevada corporation |
| 16 | | |
| 17 | | By: /s/ Sarit Simayof Cohen<br>Sarit Simayof Cohen, President |
| 18 | | |
| 19 | Dated: May 6, 2011 | SIMBP, INC., a California corporation |
| 20 | | |
| 21 | | By: /s/ Sarit Simayof Cohen<br>Sarit Simayof Cohen, President |
| 22 | | |
| 23 | Dated: May 6, 2011 | /s/ Adi Simayof<br>Adi Simayof, an Individual |
| 24 | | |
| 25 | Dated: May 6, 2011 | /s/ Sarit Simayof Cohen<br>Sarit Simayof Cohen, an Individual |
| 26 | | |
| 27 | | |
| 28 | /// | |
| | /// | |

SUBSTITUTION OF ATTORNEYS

1
2  The above substitution is accepted.
3  Dated:  May 5, 2011                                LAW OFFICES OF GARY R. BOSCH
4
5                                                                  By:    /s/ Gary R. Bosch
                                                                              Gary R. Bosch
6
7  Substitution is consented to.
8  Dated: May 6, 2011                                 MACDONALD & ASSOCIATES
9
10                                                                By:    /s/ Iain A. Macdonald
                                                                              Iain A. Macdonald
11
12
13
14
15                                                                 5/11/11
16
17
18
19
20
21
22
23
24
25
26
27
28

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton, United States District Court, Northern District of California (seal)

3

SUBSTITUTION OF ATTORNEYS