Ronald S. Beacher (Cal. Bar No. 130318)
Pryor Cashman LLP
7 Times Square
New York, New York 10036
T: (212) 326-0148
F: (212) 515-6959
rbeacher@pryorcashman.com

**ATTORNEYS FOR PLAINTIFF**
**ISRAEL DISCOUNT BANK OF NEW YORK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL DISCOUNT BANK OF NEW YORK, a New York corporation, <br><br> Plaintiff, <br><br> v. <br><br> SIMIS, INC., a California corporation; SIMLV, INC., a Nevada corporation; WORLD OF CHARMS, INC., formerly known as WOC, INC., a Nevada corporation; SIMSF, INC., a California corporation; SIMUS, INC., a California corporation; SIMBP, INC., a California corporation; ADI SIMAYOF, an Individual; SARI SIMAYOF COHEN, an Individual, <br><br> Defendants. | Case No. CV10-5047 (PJH) <br><br> **SUBSTITUTION OF ATTORNEYS** <br> AND ORDER |

Plaintiff Israel Discount Bank of New York hereby substitutes Pryor Cashman LLP for Buchalter Nemer as its attorneys herein.

Dated: July 25, 2011

ISRAEL DISCOUNT BANK OF NEW YORK

**/s/ Jerry Hertzman**

By: Jerry Hertzman
Title: Senior vice President I

The above substitution is consented to.

1

1

2  Dated: July 22, 2011          BUCHALTER NEMER

3                                    /s/ Ivo Keller
                                   By: Ivo Keller

4                                    Title: Associate

5  Substitution is accepted.

6

7  Dated: July 25, 2011          PRYOR CASHMAN LLP

8                                    /s/ Ronald S. Beacher
                                   By: Ronald S. Beacher

9                                    **Title:** Partner

10

11

12

13          7/29/11

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

**IT IS SO ORDERED**

Judge Phyllis J. Hamilton

2

**Substitution of Attorneys**
**Case No. CV10-5047 (PJH)**