Michael J. Niborski (State Bar No. 192111)
e-mail: mniborski@pryorcashman.com
PRYOR CASHMAN LLP
1801 Century Park East, 24th Floor
Los Angeles, California 60067
Tel: (310) 556-9608
Fax: (310) 556-9670

Ronald S. Beacher (State Bar No. 130318)
e-mail: rbeacher@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Tel: (212) 326-0148
Fax: (212) 515-6959

*Attorneys for Plaintiff and Counterclaim Defendant*
Israel Discount Bank of New York

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ISRAEL DISCOUNT BANK OF NEW YORK, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>SIMIS, INC., a California corporation; SIMLV, INC., a Nevada corporation; WORLD OF CHARMS, INC., formerly known as WOC, INC., a Nevada corporation; SIMSF, INC., a California corporation; SIMUS, INC., a California corporation; SIMBP, INC., a California corporation; ADI SIMAYOF, an Individual; SARI SIMAYOF COHEN, an Individual,<br><br>Defendants. | Case No. CV 10-5047 (PJH)<br>[Judge Phyllis J. Hamilton]<br><br>**ORDER RE: JOINT NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO STAY PROCEEDINGS AND FOR OTHER RELIEF**<br><br>*[Joint Notice of Conditional Settlement and Request to Stay Proceedings and for Other Relief filed concurrently herewith]* |

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the concurrently filed Joint Notice Of Conditional Settlement And Request To Stay Proceedings (the "Joint Request"):

(1) this Action is hereby stayed in its entirety for ninety (90) days through and including January 12, 2012 (the "Stay");

(2) the Hearing Date and the Request For Conference (as those terms are defined in the Joint Request) are hereby vacated;

(3) the Dispositive Motion Deadline (as that term is defined in the Joint Request) is extended through and including the date which is fourteen (14) days after the Stay is lifted;

(4) Plaintiff's time to serve a reply papers in further support of the Motion to Dismiss (as that term is defined in the Joint Request) is hereby extended pending further Order from this Court; and

(5) the Stay shall be vacated before the expiration of the aforementioned ninety day period should the parties inform this Court that they have failed to consummate a final agreement or that the Bankruptcy Court (as that term is defined in the Joint Request) has refused to approve the proposed settlement.

IT IS SO ORDERED.

Dated: October 14, 2011    By: 

Judge Phyllis J. Hamilton