UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISRAEL DISCOUNT BANK OF
NEW YORK,

      Plaintiff(s),                          No. C 10-5047 PJH

      v.                                  **ORDER**

SIMIS, INC., et al.,

      Defendant(s).

_____/

    The court has reviewed the joint status statement of the parties but does not understand what the parties intended to convey.  Accordingly, the stay will remain in effect for another 90 days, until April 20, 2012.  If the settlement has not been finalized by then, the stay will be automatically lifted and the parties shall appear for a case management conference on **April 26, 2012, at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated: January 20, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge