**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| ISRAEL DISCOUNT BANK OF NEW YORK, a New York corporation,<br><br>   Plaintiff,<br><br>v.<br><br>SIMIS, INC., *et al*.<br><br><br>   Defendant.<br><br>WORLD OF CHARMS, INC., et al.,<br><br>   Counterclaimants,<br><br>v.<br><br>ISRAEL DISCOUNT BANK OF NEW YORK, a New York corporation<br><br>   Counterclaim Defendant. | Case No. 10-CV-5047 PJH<br><br>**[PROPOSED[ ORDER CONTINUING STAY**<br><br>*Joint Notice of Partial Settlement and Request for Order Continuing Stay filed concurrently herewith* |

**ORDER**

IT IS HEREBY ORDERED, pursuant to the concurrently filed Joint Notice Of Partial Settlement And Request To Continue Stay (the "Joint Request"), as follows:

This Court continues the stay currently in effect in this Action pursuant to this Court's April 26, 2012 Order **[Dkt. 129]** pending the closing of the related the Bankruptcy Cases and/or further Order from this Court.

IT IS SO ORDERED.

Dated: July 6 , 2012

By: