UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISRAEL DISCOUNT BANK OF
NEW YORK,

        Plaintiff,

        v.

SIMIS, INC., et al.,

        Defendants.

        No. C 10-5047 PJH

**ORDER RE BANKRUPTCY STAY**

It appearing from the Joint Notice of Partial Settlement and Request for Order Continuing Stay filed on July 5, 2012, that defendant SIMSF, Inc. has filed a petition in bankruptcy and that an automatic stay is in effect; and it appearing from the docket of the Bankruptcy Court of the Northern District of California that SIMSF, Inc. filed a petition in bankruptcy, which has not yet been closed (In re SIMSF, Inc., 12-31160); and as all other defendants have been dismissed from the case, and there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefor,

IT IS HEREBY ORDERED that the Clerk of the Court shall close this file for administrative purposes and submit a JS-6 form to the Administrative Office.

IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: January 14, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge